W. K. HORTON, Suing as Guardian for Lucinda Horton, et al., Minors, Plaintiff in error, v. NEW YORK LIFE INSURANCE COMPANY, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit. November 4, 1927.

No. 4960.

In Error to the District Court of the United States for the Southern District of Alabama; Robert T. Ervin, Judge.

B. E. Jones, of Evergreen, Ala., and Sam M. Johnston, of Mobile, Ala. (Claude E. Hamilton, of Greenville, Ala., Berney E. Jones, of Evergreen, Ala., Samuel M. Johnston, of Mobile, Ala., Hamilton & Jones, of Evergreen, Ala., and Smith, Young & Johnston, of Mobile, Ala., on the brief), for plaintiff in error.

T. M. Stevens and William McLeod, both of Mobile, Ala., for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The rulings complained of were in conformity with the decision of this court, rendered when the case was here on a former writ of error. New York Life Ins. Co. v. Horton, 9 F.(2d) 320. We adhere to that decision.

The judgment is affirmed.

---

ILLINOIS BANKERS' LIFE ASSOCIATION et al., Appellants, v. William M. FARRIS et al., Appellees.

Circuit Court of Appeals, Seventh Circuit. March 30, 1927.

Rehearing Denied October 4, 1927.

No. 3737.

Appeal from the District Court of the United States for the Northern Division of the Southern District of Illinois.

Hugh T. Martin, Ralph F. Potter, and L. A. Stebbins, all of Chicago, Ill., for appellant.

Claude U. Stone, of Peoria, Ill., and Orla M. Hill, and Jesse L. England, both of St. Louis, Mo., for appellees.

Before EVANS, PAGE, and ANDERSON, Circuit Judges.

PER CURIAM. Upon the jurisdictional question as to the amount involved, we are of the opinion that this case is not distinguishable from the cases of Wood et al. v. Thompson et al., and Illinois Bankers' Life Association et al. v. Strattan et al., 14 F.(2d) 951, decided by this court June 9, 1926. Upon the authority of those cases the decree appealed from is reversed, with direction to dismiss the suit for want of jurisdiction.